UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARY SINGLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 13-cv-785-GKF-PJC |
| ) | |
| PROGRESSIVE DIRECT ) | |
| INSURANCE COMPANY, a foreign ) | |
| for profit corporation insurance, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Mary Singleton, and Defendant, Progressive Direct Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 11th day of November 2014.

s/ Donald E. Smolen II
*(Signed by Filing Attorney With Permission of Attorney)*
David A. Warta, OBA No. 20361
Donald E. Smolen II, OBA No. 19944
SMOLEN SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone: 918-585-2667
Facsimile: 918-585-2669
**ATTORNEYS FOR PLAINTIFF**

/s Brad L. Roberson
Brad L. Roberson, OBA No. 18819
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone: 405-606-3333
Facsimile: (405) 606-3334
**ATTORNEYS FOR DEFENDANT**